UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>EASTRIDGE MEDICAL CENTER, L.P.,<br><br>    Defendant. | Case No.  5:21-cv-00222-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on January 11, 2021.  Dkt. No. 1.  Plaintiff did not file proof of summons served, but Defendant Eastridge Medical Center, L.P. filed an answer on February 16, 2021.  Dkt. No. 8.  Assuming the latest possible service date of February 15, 2021, pursuant to General Order 56, the parties' last day to conduct a joint site inspection was April 16, 2021 and Plaintiff's last day to file a notice of need for mediation was May 28, 2021.  *See* Dkt. No. 5.  Plaintiff did not file a notice of need for mediation, nor did Plaintiff seek relief from the May 28 deadline.  Neither party has taken any action in this case since April 27, 2021.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Plaintiff is directed to file a written response to this order by **September 20, 2021** and to appear before the Court on **September 30, 2021, at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  If Plaintiff fails to file a written response by the above deadline, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Case No.: 5:21-cv-00222-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED

1

1    **IT IS SO ORDERED.**

2    Dated: September 2, 2021

EDWARD J. DAVILA
United States District Judge

28   Case No.: 5:21-cv-00222-EJD
OSC WHY ACTION SHOULD NOT BE DISMISSED

2